

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00850-CR

**EX PARTE** Juan Gabriel **CISNEROS**,

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 88-02-02179-CR
Honorable Federico Hinojosa, Judge Presiding

## O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court